IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

DAVID LYNN GARRETT                                                         PLAINTIFF

No. 4:12-CV-372-KGB

CAROLYN W. COLVIN, Acting Commissioner,                                    DEFENDANT
Social Security Administration

## JUDGMENT

Pursuant to the order entered in this case on this date, it is considered, ordered, and adjudged that the final decision of the Commissioner of the Social Security Administration, is reversed and this case is remanded for proceedings consistent with this Court's remand instructions.

So ordered this 16 day of August, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE