IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DAVID LYNN GARRETT**                                                                                       **PLAINTIFF**

v.                                    Case No. 4:12-cv-00372-KGB

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                                      **DEFENDANT**

## ORDER

Before the Court is plaintiff David Lynn Garrett's motion for attorney's fee, costs, and expenses pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(a) (Dkt. No. 14). The Commissioner responded and does not object to the fees and costs requested (Dkt. No. 15). The Commissioner requests that the fees and costs requested, if any are awarded, be made payable to Mr. Garrett, in the care of and mailed to his attorney, subject to any offset to satisfy any pre-existing federal debt, pursuant to the Social Security Administration's common practice and *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010). Mr. Garrett has not responded or objected to the Commissioner's request.

For good cause shown, Mr. Garrett's motion is granted (Dkt. No. 14). The Court finds that the hours spent by counsel were reasonable. Therefore, the Court approves attorney's fees and costs in the amount of $5,231.23. The EAJA fee award is payable to Mr. Garrett, in the care of and mailed to his counsel, but subject to any offset to satisfy any pre-existing debt owed to the United States. The Commissioner shall certify this award.

SO ORDERED this the 15th day of July, 2014.

_____
Kristine G. Baker
United States District Judge